# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| HUSQVARNA PROFESSIONAL PRODUCTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> SIMPLE WORKS INC. d/b/a SIMPLE WORKS <br><br> Defendant. | Case No. 3:24-CV-00740 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Husqvarna Professional Products, Inc. ("Plaintiff"), by and through undersigned counsel, files this Notice of Voluntary Dismissal ("Notice") and hereby voluntarily dismisses this action and claims against Defendant Simple Works, Inc. ("Defendant") **without** prejudice. In support of this Notice, Plaintiff states as follows:

1. On August 13, 2024, Plaintiff filed a Complaint against Defendant (ECF No. 1).

2. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure allows for voluntary dismissal without prejudice before service of an answer by an adverse party or a motion for summary judgment.

3. Defendant has not served an answer or a motion for summary judgment in this action. Therefore, a voluntary dismissal is allowed under the Federal Rules.

WHEREFORE, Plaintiff respectfully submits this Notice of Voluntary Dismissal of Defendant **without** prejudice.

1

Case 3:24-cv-00740-FDW-SCR    Document 5    Filed 12/06/24    Page 1 of 2

Respectfully submitted, this the 6th day of December, 2024.

**K&L GATES LLP**

By: */s/ Marla T. Reschly*
    Marla T. Reschly
    N.C. Bar Number 46706
    Daniel D. McClurg
    N.C. Bar Number 53768
    **K&L GATES LLP**
    300 South Tryon Street, Suite 1000
    Charlotte, NC 28202
    Phone:    (704) 331-7400
    Fax:    (704) 331-7598
    Email:    marla.reschly@klgates.com
                daniel.mcclurg@klgates.com

*Counsel for Plaintiff Husqvarna Professional Products, Inc.*